JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHA A. A.,

          Petitioner

    **v**.

COMMISSIONER OF SOCIAL SECURITY,

          Respondent.

Case No. CV 25-4517 AH (ADS)

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, **IT IS ADJUDGED** Respondent's Motion to Dismiss is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: June 16, 2026

ANNE HWANG
United States District Judge